UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LISA PATE, ) | |
| SCOTT PATE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 3:12-cv-102-RLY-WGH |
| ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, AS RECEIVER FOR ) | |
| INTEGRA BANK CORPORATION AND ) | |
| INTEGRA BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the Magistrate Judge's Report and Recommendation entered August 14, 2013. There being no objections filed pursuant to 28 U.S.C. ' 636, the court now accepts the findings and recommendation so filed.

It is therefore adjudged that Plaintiffs' Motion for Default Judgment on Liability is **DENIED**. The case shall proceed in a manner consistent with the Report and Recommendation.

**SO ORDERED** this 21st day of August 2013.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.